**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00138-RBJ

KIMBERLY S. PLOUGHE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order, docket entry 17 of Judge R. Brooke Jackson entered on 12/29/2014 it is ORDERED that the decision of the Commissioner is AFFIRMED.

Dated at Denver, Colorado this 29th day of December, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/   T.Schaffer

                T.Schaffer
                Deputy Clerk